UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Willis Bailey, Jr.,

        Plaintiff,

vs.                                                 Case No. 3:10-cv-88-J-20MCR

Compass Bank,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court *sua sponte.* On February 2, 2010, it came to the Court's attention that Plaintiff filed a Complaint (Doc. 1) in a civil matter in this Court but failed to pay the $350.00 filing fee. On February 3, 2010, the undersigned entered an Order directing Plaintiff to either pay the filing fee or file a motion to proceed *in forma pauperis* no later than February 17, 2010. (Doc. 3). Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id.

Plaintiff failed to pay the filing fee or file a motion to proceed *in forma pauperis* and therefore, on February 25, 2010, the undersigned entered an Order to Show Cause (Doc. 5) directing Plaintiff to show cause why the case should not be dismissed for

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

-1-

failing to comply with the Court's Order and failure to prosecute. Again, this Order cautioned that if Plaintiff did not respond, the undersigned would "recommend[] that this action be dismissed for failure to prosecute pursuant to Local Rule 3.01(a)." Id. Plaintiff was to respond no later than March 5, 2010. Id. Plaintiff did not respond to the Order to Show Cause.

Accordingly, after due consideration, it is respectfully

**RECOMMENDED**:

that this case be dismissed for failure to prosecute.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 16th day of March, 2010.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party

Hon. Harvey E. Schlesinger
United States District Court Judge