UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIS BAILEY, JR.,

    Plaintiff,

v.    Case No.: 3:10-cv-88-J-20MCR

COMPASS BANK

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Report and Recommendation issued by Magistrate Judge Monte C. Richardson (Doc. 6, March 16, 2010) . The Plaintiff was directed to pay a filing fee or file a motion to proceed *in forma pauperis* no later than February 17, 2010. The Plaintiff failed to pay the filing fee or file a motion to proceed *in forma pauperis* and, therefore, the Magistrate Judge entered an Order to Show Cause directing the Plaintiff to show why the case should not be dismissed for failure to comply with the Court's Order and failure to prosecute. The Plaintiff failed to respond to the Order to Show Cause. After independent review of the record and upon consideration of the report and recommendation, this Court adopts the report and recommendation in all respects.

Accordingly, it is **ORDERED**:

1. This action is dismissed for Plaintiff's failure to prosecute pursuant to Local Rule 3.10(a).

2. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of March, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Willis Bailey, Jr., *pro se*